United States District Court
Southern District of Texas
**ENTERED**
April 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID T. MOORE, TDCJ #01165885, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-21-1364 |
| § § | |
| BOBBY LUMPKIN, *et al*, § § | |
| Defendants. | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Order of Dismissal, this case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, this _28th_ day of April 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE